IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00342-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADRIAN CHAVEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on Adrian Chavez's letter motion [DE-39]. In his motion, Chavez requests a copy of the addendum to his Presentence Report and an updated docket sheet.

Chavez is entitled to a courtesy copy of the court's docket sheet. The Clerk is DIRECTED to mail Chavez a copy of the court's docket sheet in this case.

As for the addendum to his Presentence Report, Chavez is advised that for security reasons inmates do not maintain a copy of their Presentence Reports. Chavez can get access to his Presentence Report from his Bureau of Prisons' case manager.

For the foregoing reasons, Chavez's letter motion [DE-39] is DENIED in part and ALLOWED in part.

SO ORDERED.

This, the 18 day of August, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge