Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

    **DATE:**   April 9, 2024

    **FROM:**   Timothy L. Gupton
               Senior U.S. Probation Officer

**SUBJECT:**   **CHAVEZ, Adrian**
               **Case No.: 5:11-CR-342-1BO**
               <u>**Request for Early Termination**</u>

      **TO:**   Terrence W. Boyle
              United States District Judge

On April 25, 2012, Adrian Chavez, was convicted of Distribution of 500 Grams or More of Cocaine. Mr. Chavez appeared in the United States District Court for the Eastern District of North Carolina and received 72 months imprisonment, followed by 8 years of supervised release. He began supervision on September 27, 2019.

Mr. Chavez has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. He has been on low intensity supervision since March 2023. All drug screens have been negative. Mr. Chavez is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on September 26, 2027.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑  I agree with the recommendation and have signed the enclosed Order.
☐  I disagree with the recommendation. I will reconsider in one year.
☐  I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_         _4-9-24_
Terrence W. Boyle         Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                         **Crim. No. 5:11-CR-342-1BO**

**ADRIAN CHAVEZ**

On September 27, 2019, the above named was released from prison and commenced a term of supervised release for a period of 96 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: April 9, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___9___ day of *April* _____, 2024.

Terrence W. Boyle
United States District Judge